UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

  - against -

BK COIN MANAGEMENT, LLC, ET AL.,

           Defendants.

---

23-mc-64 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    This action is **stayed** pending any request for relief by the parties.

SO ORDERED.

Dated:    New York, New York
          May 18, 2023

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                            United States District Judge