UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION

                    Plaintiff,               23-mc-064 (JGK)

        - against -                          ORDER

BK COIN MANAGEMENT, ET AL.

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties should advise the Court regarding the status of

this case by **September 30, 2025.**


SO ORDERED.

Dated:    New York, New York
          September 16, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge