UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,         23-mc-064 (JGK)

    - against -               ORDER

BK COIN MANAGEMENT, ET AL.

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

On June 16, 2025, the Court issued an order directing the parties to advise the Court regarding the status of this case by September 30, 2025. ECF No. 4. To date, no status update has been filed. Therefore, the deadline for the parties to advise the Court regarding the status of this case is extended to **December 5, 2025.**

SO ORDERED.

Dated:    New York, New York
           October 10, 2025

                                        John G. Koeltl
                                  United States District Judge