UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

                          Plaintiff,            23-mc-064 (JGK)

          - against -                           ORDER

BK COIN MANAGEMENT, ET AL.

                          Defendants.

JOHN G. KOELTL, District Judge:

On March 10, 2023, a receiver was appointed in this case. ECF No. 1. On May 18, 2025, this case was stayed pending any request for further relief from the parties. ECF No. 3. No parties have asked for any further relief.

On September 16, 2025, and October 10, 2025, the Court directed the parties to provide a status update on this case. To date, the parties have failed to provide a status update.

The Clerk is therefore directed to close this case. The receiver remains appointed.

SO ORDERED.

Dated:    New York, New York
          December 9, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge